**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-00162-REB-CBS

QCE HOLDING LL,
QCE INCENTIVE, LLC,
QUIZNOS FINANCE, INC.,
RICHARD E. SCHADEN,
PATRICK E. MEYERS, and
STEVEN B. SHAFFER,

      Petitioners,

v.

SWEET PICKLE, INC., and
TIMOTHY WAISS,

      Respondents.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter is before me on the **Notice of Dismissal** [#25][1] filed March 11, 2013. After reviewing the notice and the record, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Notice of Dismissal** [#25] filed March 11, 2013, is **APPROVED**;

      2.  That any pending motion is **DENIED** as moot; and

---

[1] "[#25]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated March 11, 2013, at Denver, Colorado.

                                                       **BY THE COURT:**

                                                     */s/ Robert E. Blackburn*
                                                     Robert E. Blackburn
                                                     United States District Judge